THE CITY OF OTTAWA *et al.*, Plaintiffs in Error, *v.* THE CHICAGO AND ROCK ISLAND RAILROAD COMPANY, Defendant in Error.

### ERROR TO LA SALLE.

An injunction to prevent the collection of an assessment, is not sufficient in evidence to prevent the rendition of a judgment of confirmation of such assessment.

THIS was a proceeding taken by change of venue from the County to the Circuit Court, for the reason that the judge of the County Court was personally interested in the question. A motion was made to have the same assessment confirmed, which is stated in the preceding case. Proofs were offered in support of the assessment, and the defendant in error offered the record of the preceding case, making the injunction perpetual in evidence, and the judge thereupon refused to enter a judgment upon the motion, asking a confirmation of the assessment. The city thereupon brought the case to this court by writ of error.

D. P. JONES, for Plaintiffs in Error.

B. C. COOK, for Defendant in Error.

BREESE, J. This was an application to the Circuit Court for judgment against certain lands, the property of the railroad, which had been assessed by the city authorities to defray the expenses of a sewer, and which the city had been enjoined from collecting. This decree, enjoining the collection, was offered in evidence by the appellee as a bar to the recovery of the judgment on the assessments, and the court so regarded it, and refused the judgment.

The record containing the proceedings in this injunction cause has been examined and considered in the case between the same parties, *ante*, and embodies all the evidence in regard to the assessments, and we have reversed the judgment making the injunction perpetual. This removes all impediments to the recovery of a judgment on the assessments.

The judgment of the court, therefore, in refusing to enter a judgment, must be reversed and the cause remanded, so that judgment may be entered.

*Judgment reversed.*